**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ashley Directo, Phillip Young, and John Doe,
Defendants,

Of whom Phillip Young is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-000682

———————————

Appeal From Spartanburg County
Phillip K. Sinclair, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-518
Submitted November 29, 2016 – Filed December 16, 2016

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, of Brandt
Rucker Attorney At Law, of Greenville, for Appellant.

Richard Whitney Allen, of The Law Offices of Richard
W. Allen, L.L.C., of Laurens; and Amanda Brooke Stiles,

of the South Carolina Department of Social Services, of
Spartanburg, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of
Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:**  Phillip Young appeals the family court's final order terminating
his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp.
2016).  Upon a thorough review of the record and the family court's findings of
facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354
S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.
Accordingly, we affirm the family court's ruling and relieve Young's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.